# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kevin Sroga

                         Plaintiff,

v.                                                Case No.: 1:13–cv–04946

                                                          Honorable Virginia M. Kendall

Jane or John Doe, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2013:

      MINUTE entry before Honorable Virginia M. Kendall:Plaintiff's emergency motion is denied and the case is dismissed for the reasons stated on the record in open court. The Court dismisses the motion for leave to proceed in forma pauperis for failure to state a claim. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.