**FILED**
JUL 11 2013
JUL 11 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN SROGA, <br>     Plaintiff, <br>  vs. <br><br> Jane or John Doe Chicago Police Officers, <br> S&S Department for the City of Chicago, <br> URT(United Road Transportation) E&R <br> Towing Inc. and Unknown Purchaser of <br> Plaintiff's 1995 Chevy Caprice <br> Individually, and the City of Chicago, <br>     Defendants. | ) <br> ) <br> )   13 CV 4946 <br> ) <br> )   Honorable KENDALL <br> ) <br> )   Magistrate Judge COX <br> ) <br> ) <br> ) <br> ) <br> )   JURY DEMANDED <br> ) |

EMERGENCY
MOTION TO OBTAIN A PROTECTIVE/SPEACIAL ORDER

*NOW COMES THE PLAINTIFF*, Kevin Sroga, who states that by and through this Motion that he is requesting such emergency motion to be entertained in instanter in regards to this cause whereby the Plaintiff is seeking a special/protective order from this Court in an effort to secure such property to prevent further damage to it and or to have it potentially returned to the City Auto Pound Division for the City of Chicago to have such property safeguarded throughout these proceedings. The Plaintiff is also requesting to the Court that such order should also reflect that the defendants in this captioned cause are to hereby cooperate fully in establishing the location of such vehicle and to aide him in any and every possible way in locating this vehicle or face contempt of this court. Time is of the essence in regards to this situation in preventing further damage to said property, Plaintiff's property, a vehicle to wit a 1995 Chevrolet Caprice with V.I.N. # 1G1BL52P1SR184282.

Respectfully,
*[signature]*
Kevin Sroga/Plaintiff

1