## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kevin Sroga

                        Plaintiff,

v.                                                   Case No.: 1:13–cv–04946
                                                        Honorable Virginia M. Kendall

Jane or John Doe, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2013:

      MINUTE entry before Honorable Virginia M. Kendall: MOTION by Plaintiff Kevin Sroga for protective order[3] is denied because plaintiff's case has been dismissed for failure to state a claim for the reasons set forth in open court on 7/11/2013. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.